**Order entered December 20, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-22-00329-CR
No. 05-22-00330-CR
No. 05-22-00331-CR

**WILLIE JAMES JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-52308-M, F17-53209-M & F17-53210-M**

**ORDER**

Before the Court is appellant's December 12, 2022 motion to extend the time to file counsel's *Anders* briefs in these cases. We **GRANT** the motion and **ORDER** the *Anders* briefs received in these three cases filed as of the date of this order.

/s/   ERIN A. NOWELL
      JUSTICE